Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_Western_ District of _Oklahoma_

Division



CIV 19 172-C

Case No. _____

(to be filled in by the Clerk's Office)

_RaShawn Mckinley, Kentrell Williams_

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_See attached_

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

FILED

FEB 22 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name _RaShawn McKinley , Kentrell Williams_

All other names by which
you have been known:

ID Number _7460024 , 689810_

Current Institution _Cimarron Correctional Facility (CCF)_

Address _ED/113 3200 S. Kings Hwy._

_Cushing_          _OK_       _74023_
City              State        Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s)
listed below are identical to those contained in the above caption.  For an individual defendant, include
the person's job or title *(if known)* and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _Core Civic_

Job or Title *(if known)* _owner of Cimarron Correctional Facility (CCF)_

Shield Number

Employer _Core Civic_

Address _10 Burton Hills Blvd._

_Nashville_          _TN_       _37215_
City              State        Zip Code

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name _Damon Hininger_

Job or Title *(if known)* _C.E.O_

Shield Number

Employer _Core Civic_

Address _10 Burton Hills Blvd._

_Nashville_          _TN_       _37215_
City              State        Zip Code

[ ] Individual capacity    [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name               *CT E. Hebert*
    Job or Title *(if known)*    *Lieutenant*
    Shield Number        *22701035*
    Employer           *Core Civic, CCF*
    Address             *3200 S. Kings Hwy.*
                       *Cushing*     *OK*     *74023*
                            City         State        Zip Code
            [X] Individual capacity     [X] Official capacity

Defendant No. 4
    Name               *CT Hall*
    Job or Title *(if known)*    *Lieutenant*
    Shield Number
    Employer           *Core Civic, CCF*
    Address             *3200 S. Kings Hwy*
                       *Cushing*     *OK*     *74023*
                            City         State        Zip Code
            [X] Individual capacity     [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Amendment I, Amendment V, Amendment VIII, Amendment VI*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*See attach pages.*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Cimarron Correctional Facility  December 6, 2013*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Friday Dec 7, 2018 approx 1730, Friday Dec 7, 2018 approx 1845
Friday Dec 7, 2018 approx 1845 through Jan 21, 2019, Wensday Dec 19, 2018 approx 1000
Monday Dec 18, 2018 approx 1200 through Jan 24, 2019, Friday Dec 7, 2018 approx 1845 through Dec 24, 2018
Monday Jan 1, 2019 approx 1000 through Jan 18, 2019

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

everything is on camera and documented. See attached

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Having Consten chest pains, Hearing voices, non stop flim from nose, numb tumbs from hand cuffs, panic attacks seeing things, trouble breathing chest pains, over heated, bacterica in stomach, bumps on legs, suicide atempt, sleeping disorder, and over dose, migrains, ursors in mouth from toilet water EKG's, Hospitals, sent to hospital for suicide atempt, vitals cheaked when was leased. washted till passed out, no mental Health help, have been giving blood pressure meds, my meds for my sleep anxiety and depresson after I asked for my meds. Pain meds for chest need to see specialist sinus for my nose and breathing and billed outrage.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See attached

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Cimarron Correctional Facility (CCF)*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Staff, Conditions of Confined, Mental health, Medical, Food, Lundry*

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Cimarron Correctional Facility Cushing, OK

2.   What did you claim in your grievance?

That I felt like CT Hebert was singing me out and going bout his way to make my time hard at this facility. That we was denied our lunch tray. That we had to drink out of toilet cause our sink was not putting out cold. we also file RTS that noever got awnser or copy so we could file more grievance.

3.   What was the result, if any?

nothing was done told we was out of time and couldn't file no more or fix our grievance.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

We send a hand written letter to the ARA trying to tell whats going on. I've also sent a appeal on the grievances about the grievances about being RTS that came up missing we.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

      1.   If there are any reasons why you did not file a grievance, state them here:

      2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. They sent me back my grievance back the same day with no way to fix neither one of them or the chance to wrote the ARA and fill out a appell bout the issues They never wrote back we had RTS come up missing we have to captins, CT, wardes Aus staff everything.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)      _____
      Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

      ☐ Yes

      ☒ No

      If no, give the approximate date of disposition      _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

      _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     *Ry McKinley*, *Kentrell Williams*
Printed Name of Plaintiff  *Bashawn Mckinley, Kentrell Williams*
Prison Identification #     *746024          , 689810*
Prison Address              *3200 s. Kings Hwy*
                            *Cushing*                 *OK*        *74023*
                                        *City*                *State*        *Zip Code*

### B.   For Attorneys

Date of signing: _____

Signature of Attorney     _____

Printed Name of Attorney  _____

Bar Number                _____

Name of Law Firm          _____

Address                   _____

                          _____
                                  *City*              *State*       *Zip Code*

Telephone Number          _____

E-mail Address            _____

I. The parties to this complaint
B. The Defendant(s)

Defendant No 1
Name  Core Civic
Job  owner of Cimarron Correctional facility (CCF)
Shield number
Employer  Core Civic
Address  10 Burton Hills Blvd.
         Nashville, TN 37215
Official capacity, Individual capacity

Defendant No 2
Name  :  Damon Hininger
Job or Title  CEO
Shield number
Employer  Core Civic
Address  10 Burton Hills Blvd
         Nashville, TN 37215
Official capacity

Defendant No 3
Name  LT Hebert
Job or Title  Lieutenant
Shield number 2270/035
Employer  Core Civic, CCF
Address  3200 S. Kings Hwy  Cushing, OK 74023
Individual capacity

Defendant No 4
Name  LT Hall
Job/Title Lieutenant
Shield number
Employer Core Civic, CCF
Address 3200 S. Kings Hwy.
           Cushing, OK 74023
Individual capacity and Official capacity


Defendant No 5
Name SGT Plural
Job/Title STG
Shield number
Employer Core Civic, CCF
Address 3200 s. Kings Hwy.
           Cushing, Ok 74023
Individual capacity and Official capacity


Defendant No 6
Name Mrs. Beaming
Job/Title doctor
Shield number
Employer Core Civic, CCF, medical
Address 3200 s.Kings Hwy.
           Cushing, ok 74023
Individual capacity and Official capacity


Defendant No 7
Name Core Civic medical -
Job/Title medical staff
Shield number
Employer Core Civic, CCF
Address 3200 s. Kings Hwy.
       ·   Cushing, ok 74023
Individual capacity and Official capacity

Defendant No. 8
Name C/C Light
Job/Title Case Contalor
Shield number
Employer Core Civic, CCF
Address 3200 S. Kings Hwy.
        3200 Cushing, OK 74023
Individual capacity and official capacity

Defendant No.9
name CO Lee
Job/Title CO
Shield number
Employer Core Civic, CCF
Address 3200 S. Kings Hwy
        Cushing, OK 74023
Individual capacity and official capacity

Defendant No.10
Name SGT Vansteenbergh
Job/Title SGT
Shield number
Employer Core Civic, CCF
Address 3200 s. Kings Hwy.
        Cushing, OK 74023
Individual capacity official capacity

Defendant No. 11
Name C.O. Beard
Job/Title C.O
Shield number
Employer Core civic, CCF
Address 3200 s. Kings Hwy.
        Cushing, OK 74023
official capacity Individual capacity

3

Defendant No. 12
Name  Raymond Byrd
Job/Title  Warden
Shield number
Employer  Core Civic, RCF
Address  3200 S. Kings Hwy
          Cushing, OK 74023
Individual capacity and official capacity

4

II. Basis for Jurisdiction

D.

1 Core Civic is the employer of all staff at Cimarron Correctional Facility (CCF) where I'm housed.

2 Mr Damon Hininmer Core Civic C.E.O who employed everyone and sign checks.

3 LT Hebert was trainning walking around thew the hallways listen to inmates, Learning his job, writting misconducts, and doing rounds checking doors.

4 LT Hall was assistant shift Supervisor. Was Informing everyone under her authority what to do on echo unit.

5 STG/SGT Plural was asking questions about stg stausts

6 Mrs Beaming Doing rounds and asking mental health questions

7 Core Civic medical staff checking vitals and making sure inmate was ok.

8 C/C Light doing rounds and what was told of him by LT Hall VM Battles

9 CO Lee doing rounds checking cells for inmates and fires.

10 SGT Vansteenbergh responding to a respones from LT Hall

11 warden Raymond Byrd singed off on everything telling every one there job duties, singing of on papers.

12 CO Beard Respones team taking people to seg.

1

13 SGT Adams  Serving write ups door and write up paper work.

2

IV. Statement of Claim
D.

Friday, Dec 7, 2018 1730 - I was in the medical pill line getting my pills and talking to anther inmate about a movie that was showing and I was telling him that's a man dress as a woman. We started to get a little loud. When LT Hebert and LT Hassell was walking in the rotunda. LT Hassell kept walking but LT Hebert started pacing back and fourth in front of cental controll. We continued to talk and get louder then I said "that's a man" in a loud tone an LT Hebert rushed over to the medical slider and asked me what did I say. I said "that's a man". I didn't get to say to much before LT Hassell came running back and heard us arguing and LT Hebert asked him to pull me from behind the slider. We had our words and I was tooken to segregation because of what I said and talking to anther inmate about and wrote up for a class x-2s (Sexual Harrassment) for me using my first amendment right.

Friday, Dec 7, 2018 1845 - I had refused to strip for a strip search because I was called a nigger by c/o Beard while I was still in the shower I belived he was discrimination agisnt by telling me to get naked so I refused he called sort and they mazed me and striped me and put me in a hot cell were I couldn't breathe and started having chest pains. I started trying to yell at the C/o lee to help when the nurses showed up and started trying to check my vitals I went into a panic attack she said something after that and pushed my arm in the bean hole and watched me pass out. When I woke up I was numb and chest was still hurting and it was still hot and hard for me to breathe I stayed there on the floor asking for help and a nurse. I belive this was cruel and unusual punishment.

Friday Dec 7, 2018 1845 through Jan 21, 2019 1600 - They stopped giving my cellmate his psych meds for weeks at a time and

1

telling him that the Doctor had stopped them. Which put both of us in hostile enviroments and increased the inmate on inmate violence when we both have been refused are meds and no sleep and this violated our fifth amendment right putting our life and limbs in jeopardy. He kept telling everyone he's not in his right state of mind.

Wensday, Dec 19, 2018 1000 - My cellmate was taken from our cell in E-B and took to a segregation meeting where they told him he was being put in ISU (Phase Program) on the way to E-D CT Hall was walking him to E-D 113 while in handcuffs and he pulled away from her and she called a response and SGT vansteenbrug was walking in Echo rotunda and put his fingers inside the hand-cuffs to where my cellmate had pain in his hand and arms and walked to E-D the unit manger Battles came and got me from E-B and took me to E-D telling me I wasn't going in the ISU (Phase Program) he just needed the bed space for E-B. when we got put into E-D 113 at 1400 they was severing lunch and skipped us we asked why c/o Norman said she was told by c/o Light to not feed us. we waited from breafast at 0530 untill dinner at 1800. c/o Light told us we was on bean hole restriction for jerking away from hall. and she said put them on it. We feel like this was also cruel and unusual punishment.

Monday Dec 10, 2018 1200 through Jan 24, 2019 1600 - I told the Pysch Doctor Beaming that I was having issues with my bi-polar disorder, depresson, anxity and becoming paranoid of the staff and people here are against me I asked her to fix my meds but she didn't. I then told her am having issues sleeping that I was only getting 2 to 3 hours of sleep from Dec 7, 2018 till Jan 18, 2019 and I wasn't going to sleep at all after that I tried to tell her I wasn't in my right mind and am hearing voices she just kept walking passed our cell when I called her

2

and she kept walking past Jan 24, 2019 1600 from lack of sleep
and the voices in my head told me to commit suicide. I belived
this could have been avoided if she would have set me and Doctor
appointment to put me back on my meds. I feel like this violated
my fifth amendment right by putting my life and limbs in jeopardy
because I was informing her of the ops, as well I kept telling
I wasn't in my right state of mind and am tried and hearing
voices and seeing things. I currently still hearing things. because
of it.

Friday Dec 7, 2018 1845 through Dec 24, 2018 0900 I was
in the same clothes with no landry bag to wash them. I asked
every CO, CC, SGT, and CT to help. I was told everytime someone
will get me some clothes and landry bag when the room is opened
SGT King an SGT Sneed and every C.O 1st and 2nd shift. They informed
me they couldn't bring me non. I told them that bumps are starting
to show up on my legs. Also I began to Ichja and hurt. I tried
everything they told me if I wasn't dressed at anytime they
would write on my board and I would recive a write up I
belive this was cruel and unusual punishment on CCA and
Core Civic part by not giving staff the keys or rights to get
inmates clothing when really needed and my conditions of confinement
wasn't met on there part do to this.

Monday Jan 1, 2019 through Jan 10, 2019 our hot water
was pressed and it came on and stayed on after about 3 hours
we was belring it would cut off it didn't we informed the CO
about the snik. After 2 days we told SGT King to turn off the
boiling hot water and we having to drink cold water from the
toilet to which CO Grey was witthness to us doing this because
the heat was on with no way to cool down the water in the window
no more due to the heat we asked for everyone to put in request
to fix this issues this didn't happen untill we started having

3

issues with drinking the toliet water an putting in sick calls
but if was to late I beline this was a violated my conditions of
confinement and Core civic is also repsondable for this as well.

Monday Dec 10,2018 0445 SGT Adams was DHO severing write
and came to my door to tell me about and have me sign my write
up I told her the Ms. Adams I have wittnesses and she said ok but
didn't ask me name or put it on the paper I told her this about two weeks
later I asked her why didn't she check the box of me telling her I
have wittness and she said you didn't write no names down and have
them ready. Then I asked DHO franklin what I need to do to tell her
I have wittness she said nothing and write them down on my new
write up I got on Jan 25 2019 for trying to kill myself. I belived
violated my VI amendment. and my due process.

VI. Relief

Core Civic $250,000 actual damages for chest pains, mucus non stop, trouble breathing from the hot cells, suicide attempt, bacteria in stomach, bumps on legs, migrains, ursus in motbth from toilet water and staff and to pay future medical bills

$50,000 from Damon Hininger from hiring the staff to run (CCF) Cimarron Correctional Facility knowly what going on day to day actual damages and punitive damages for medical staff.

core Civic medical staff $250,000 for lack of help in time of need pushing my arm in bean hole and not doing they job, watching me suffer with my trouble breathing, and panic attack and chest pains actual damages and punitive damages

$10,000 CT Hebert punitive damages for violating my amendment and emotional stress

$10,000 CT Hall punitive damages for stopping off food and violating my amendment rights and emotional stress

$10,000 C/C Light for actual damages not giving of clothes or laundry bag causing the bumps on legs and knowing about the boiling hot water and drinking out of toilet and violating our amendment and emotional stress

$10,000 SGT vansteenbergh for excessive use of force and numbness of fingers and thumb actual damages

$25,000 nurs Beaming for suicide attempt, voices in my head, seeing things emotional damages and stress punitive damages for knowing what was happening.

$20,000 CO Beard for calling me the n-word and out my name punitive damages and actual damages

$50,000 warned Raymon Bryd for know what going on and not checking on operation at this facility, and also stopping or trying to stop our grievance process and emotional stress

$5,000 SGT Adams for not giving due process, emotional stress and violating my amendment rights

and a refund of everything that has been charged to our trust fund account through medical.