
Cimarron Correctional Facility

1/16/19

COPY

Date: January 16, 2019

To: McKinley, RaShawn ODOC# 746024

Housing: Echo Delta 113

From: R. Byrd, Warden

Grievance # 19-010-2

Your grievance/correspondence is being returned unanswered for the following reason(s):

_____ 1. **No** informal action, "Request to Staff" response or evidence of submission attached.—Section V.A

_____ 2. **Out of time** from date of incident until filing of "Request to Staff" (must be submitted within 7 days of incident—Section I.V.C. #3

_____ 3. **Out of time** from date of response to request to staff until filing of grievance with facility head (must be submitted within 15 days of receipt of RTS response).—Section V.A. #1

_____ 4. Grievance Not signed/dated or addressed to the appropriate administrator.

_____ 5. Inmate on grievance restriction and/or proper documentation not included
Affidavit is incomplete. Per OP- 090124 each page of the affidavit must be legible, signed, verified and notarized at the end of each text.

_____ 6. Must be legibly written in blue or black ink only. No pencil or other color of ink is allowed. No doodling or writing in margins.—Section III H.

_____ 7. Attachments to the grievance (no additional pages allowed except "Request to Staff")—Section V.A.

_____ 8. Private property issue's not grievable--Section II. B. #5. (See CoreCivic Policy 14-6 for proper procedure on private property issues).

_____ 9. Grievances shall not be submitted about matters that are in the course of litigation.—Section II B. #2

_____ 10. No person may submit a grievance on behalf of another person.—Section III G.

__X__ 11. More than 1 issue - only 1 issue allowed per grievance.—Section V.A. #4

_____ 12. Grievances shall not be submitted requesting monetary compensation.—Section II B. #4

_____ 13. Not of a sensitive/emergency nature. You must follow the standard grievance process including giving the facility an opportunity to respond.—Section VIII

_____ 14. Requests for disciplinary action against staff will not be addressed in the grievance process.—Section II B. #3

_____ 15. The original Grievance only must be submitted, no photocopies. The RTS may be a copy. Submitted documents may contain NO alterations whatsoever.—Section V. A.

_____ 16. Only the current and correct DOC grievance (090124A-R 7/16) and "Request to Staff" forms (090124D-R 9/16) will be accepted.

__X__ 17. The RTS and Grievance must be SPECIFIC as to the complaint, dates, places, personnel involved and how the inmate was affected.—Section IV

__X__ 18. You have failed to follow previous instructions for filing this grievance. Due to your continued failure to properly file this grievance you are now out of time.

_____ 19. You will be afforded **ONE FINAL** opportunity to properly submit your corrected grievance within 10 days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.**

__X__ 20. Other: Misconduct reports may only be appealed through the disciplinary appeal process as referenced in OP-060125 entitled "Inmate/Offender Disciplinary Procedures."

**WARNING:** All of the above can be found in OP-090124, and it is your responsibility to read and follow the OPS.
**NOTE:** Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

**INMATE/OFFENDER GRIEVANCE**

RECEIVED
JAN 03 2019
BY: 4l

COPY

Grievance no. 19-010-2

Grievance code: 4-5

Response due: 1-23-19

**DO NOT WRITE ABOVE THIS LINE**

Date Jan 2, 2019 Facility or District CCA

Name RaShawn McKinley (Print) Facility Housing Unit ED

ODOC Number 746024 Date "Request to Staff" response received: Jan 2, 2019

Have you previously submitted a grievance on this same issue? No If yes, what date _________, facility _________, grievance # _________. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. I had a incident on Dec 7, 2018 at 1730 with a LT E. Hebert in the rotunda hallway. There was words exchange back and forth at one point he said something that made me feel threanted like he was going to go out his way to make my time harder with other inmates and staff on this facility. I belive he been using his power already I've completed Request of staff and 5-1C on Dec 14, 2018 that never made it off the pod I been waiting on my D.O.C 060125C so I can file a appeil for a class x write up he give me haven't got it

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.

Mr. Hillgross 12/20/18
*A.W. Ersey 12/19/18
*Mrs. Miller 12/13/18
*Mrs. Waters 12/13/18
A.W. Miller 12/13/18

I've asked to put a sep on LT. Hebert or Move me off this facility Cause I dont feel safe. They keep telling me diffent things one told me I have to go threw the Reqeest of staff and one telling me I can't file a sep on staff

3. The action you believe the reviewing authority may lawfully take.
Please move me off this facility or please put a sepatees on this LT Hebert, or on this facility I don't feel safe.

Grievance report sent to (warden/district supervisor/correctional health services administrator):

R. [illegible] Byrd — Name
Warden — Title

R. McKinley — Signature of Grievant
Jan 2, 2019 — Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

[illegible] fear for my safety on this facility because [illegible] they keep telling me different things one staff told me to go threw the request of staff, and someone told me I can't file on staff I know someone is lien to me cause I have one on my ex wife at dick conners. Then was told to do my time and deal with it.)

COPY

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

COPY

TO: Mr. Hillcross (NAME AND TITLE OF STAFF MEMBER) FACILITY/DIST/UNIT: CCF/DN DATE: 12/20/2018

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ________ facility: ________ grievance #: ________
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ________
This request ______ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

5576

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I had a incident on Dec 7, 2018 with Lieutenant E. Hebert at 1730 in the rotunda hallway where we had words I fell threatened like he was going to go out his way to make my time harder with other inmates and staff on this yard. I belie it's already started I already completed a "Request of staff" and ERC on Dec 14, 2018 that never made it out the pod I fear for my safty on this yard

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Could I please put in a sep on Lieutenant E Hebert so I want feel like everyone is after me staff and inmates about this indicent

NAME: RaShawn McKinley (PRINT) DOC NUMBER: 746024 UNIT & CELL NUMBER: ED/113

SIGNATURE: R McKinley WORK ASSIGNMENT: N/A

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

You cannot file seps on staff. You have no need to worry. Do your time, be respectful toward staff & others and you'll be fine.

[signature] 12-31-18

STAFF MEMBER DATE

Date response sent to inmate: 1/2/19

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)



**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: ~~[illegible]~~ (NAME AND TITLE OF STAFF MEMBER) FACILITY/DIST/UNIT: CCF/DN DATE: 12/20/2018

COPY

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ____ facility: ____ grievance #: ____
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I [illegible] 12/14/2018 [illegible] 2018 with Lieutenant [illegible] X730 in the [illegible] hallway where [illegible] I felt threatened like he was going [illegible] other inmates and staff on this yard [illegible] already stated I've already completed a Request to staff on Dec 14, 2018 [illegible] my safety on this yard

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Could I please [illegible] Lieutenant [illegible] so I would feel like everyone is after me staff and inmates about this incident

NAME: RaShawn Mckinley (PRINT) DOC NUMBER: 741624 UNIT & CELL NUMBER: ED/113

SIGNATURE: [signature] WORK ASSIGNMENT: N/A

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

duplicate

STAFF MEMBER DATE

Date response sent to inmate: 1/2/19

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

**Must Be Submitted Through the Law Library or Designee**
**Inmate/Offender Grievance Process**
**REQUEST TO STAFF**

TO: ~~Mrs Miller/UM/case manager~~ FACILITY/DIST/UNIT: CCF/DN DATE: 12/20/2018
(NAME AND TITLE OF STAFF MEMBER)

COPY

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ________ facility: ________ grievance #: ________
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ________
This request ______ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

555876

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

I had a incident on Dec 7, 2018 with Lieutenant E. Hebert at 1730 in the rotunda hallway, where we hard words I felt threated like he was going to go out his way to make my time harder with other inmates and staff on this yard. I belive it's already started I've already completed a Request of staff and 5-1C on Dec 14 2018 that never made it off of the POD I fear for my safty on this yard

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Could I please put a Sep on Lieutenant E. Hebert so I wont feel like everyone is after me staff and Inmates bout this incidents

NAME: RaShawn Mckinley (PRINT) DOC NUMBER: 746024 UNIT & CELL NUMBER: ED/113

SIGNATURE: R. Mckinley WORK ASSIGNMENT: N/A

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

duplicate

STAFF MEMBER ________ DATE 12-31-18

Date response sent to inmate: 1/2/19

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)


CoreCivic

Cimarron Correctional Facility

1/16/19

COPY

Date: January 16, 2019

To: McKinley, RaShawn ODOC# 746024

Housing: Echo Delta 113

From: R. Byrd, Warden

Grievance # 19-010

Your grievance/correspondence is being returned unanswered for the following reason(s):

_____ 1. **No** informal action, "Request to Staff" response or evidence of submission attached.—Section V.A

_____ 2. **Out of time** from date of incident until filing of "Request to Staff" (must be submitted within 7 days of incident—Section I.V.C. #3

_____ 3. **Out of time** from date of response to request to staff until filing of grievance with facility head (must be submitted within 15 days of receipt of RTS response).—Section V.A. #1

_____ 4. Grievance Not signed/dated or addressed to the appropriate administrator.

_____ 5. Inmate on grievance restriction and/or proper documentation not included Affidavit is incomplete. Per OP- 090124 each page of the affidavit must be legible, signed, verified and notarized at the end of each text.

_____ 6. Must be legibly written in blue or black ink only. No pencil or other color of ink is allowed. No doodling or writing in margins.—Section III H.

_____ 7. Attachments to the grievance (no additional pages allowed except "Request to Staff")—Section V.A.

_____ 8. Private property issue's not grievable--Section II. B. #5. (See CoreCivic Policy 14-6 for proper procedure on private property issues).

_____ 9. Grievances shall not be submitted about matters that are in the course of litigation.—Section II B. #2

_____ 10. No person may submit a grievance on behalf of another person.—Section III G.

__X__ 11. More than 1 issue - only 1 issue allowed per grievance.—Section V.A. #4

_____ 12. Grievances shall not be submitted requesting monetary compensation.—Section II B. #4

_____ 13. Not of a sensitive/emergency nature. You must follow the standard grievance process including giving the facility an opportunity to respond.—Section VIII

_____ 14. Requests for disciplinary action against staff will not be addressed in the grievance process.—Section II B. #3

_____ 15. The original Grievance only must be submitted, no photocopies. The RTS may be a copy. Submitted documents may contain NO alterations whatsoever.—Section V. A.

_____ 16. Only the current and correct DOC grievance (090124A-R 7/16) and "Request to Staff" forms (090124D-R 9/16) will be accepted.

__X__ 17. The RTS and Grievance must be SPECIFIC as to the complaint, dates, places, personnel involved and how the inmate was affected.—Section IV

_____ 18. You have failed to follow previous instructions for filing this grievance. Due to your continued failure to properly file this grievance you are now out of time.

__X__ 19. You will be afforded **ONE FINAL** opportunity to properly submit your corrected grievance within 10 days of receipt of this form. **DO NOT RETURN THIS FORM WITH YOUR CORRECTED APPEAL.**

__X__ 20. Other: Request to staff and Grievance do not match, ask for different actions requested.

**WARNING:** All of the above can be found in OP-090124, and it is your responsibility to read and follow the OPS.
**NOTE:** Abuse of the grievance process as explained in section IX of OP-090124, will result in restrictions being imposed.

**INMATE/OFFENDER GRIEVANCE**

RECEIVED
DEC 28 2018
BY: [illegible]

COPY

Grievance no. ________

Grievance code: 4

Response due: 1.17.19

**DO NOT WRITE ABOVE THIS LINE**

Date 12/26/2018  Facility or District CCA

Name RaShawn McKinley (Print)  Facility Housing Unit ED113

ODOC Number 746024  Date "Request to Staff" response received: 12/26/2018

Have you previously submitted a grievance on this same issue? No  If yes, what date ________, facility ________, grievance # ________. You must submit this completed original within 15 days of the receipt of the response to the "Request to Staff". The "Request to Staff" must have been submitted within 7 days of the incident. Do not include/attach anything to this grievance except the "Request to Staff" including the response. You may quote from or make reference to statutes, operations, field, or administrative memoranda, department publications (time sheets, inventory forms, assessments, etc.). You will be permitted only one opportunity to correct any error(s) made in submitting your grievance.

1. The nature of your complaint. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per grievance. Use backside of this page only, if necessary. On Dec 19, 2018 UM Battles informed me that I was being Moved from EB110 to ED113 with my cell mate Kentrell. Williams but I wasn't going into the phase program I was still in SEG. Once in the cell case manger Miller came and told Me I was in the phase program and hadn't found out nothing bout me being in ISU. I feel like this is part of a pushiment for what happened Dec 7, 2018 with me and LT Hebert.

2. Informal action taken (including dates) to resolve the complaint, as well as the names of those employees from whom you sought an answer to your grievance.
I asked case manger millier 12/19/2018 why I was over here. Unit manger Battles told me I wasn't in phase but everyone is telling me I'm in Phases. Everyone C.C. Light and anyone I ask they told me am phase 1 week 1 day 1 with my cell mate and I Tell them am seg the say no your not.

3. The action you believe the reviewing authority may lawfully take.
Get me out of this program and off this facility because I feel like everyone is aginst me because of what happened on Dec 7, 2018 with me and anther officer

Grievance report sent to (warden/district supervisor/correctional health services administrator):

R. Byrd — Name  Warden — Title

R. Mckinley — Signature of Grievant  12/26/2018 — Date Sent to Reviewing Authority

DOC 090124A (R 7/16)

1. Original to file
2. Copy to inmate/offender

**Must Be Submitted Through the Law Library or Designee**

**Inmate/Offender Grievance Process**

**REQUEST TO STAFF**

TO: ~~Warden Byrd~~ LT. Battles FACILITY/DIST/UNIT: CCF/ED DATE: 12/21/2018

(NAME AND TITLE OF STAFF MEMBER)

COPY

I have ____ have not X already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ____ facility: ____ grievance #: ____
I affirm that I do ___ do not X have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number and court: ____
This request ____ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the disciplinary coordinator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On Dec 19, 2018 LT. Battles infromed me that I was being move from EB 110 to ED 113 with my cellmate williams, Kentrell but I wasn't going into the Phase Program I was still seg once in the cell Case manger Miller came to tell me I was found guilt of a class X write up and had a receipt of my D.O.C 060125C I infromed her that I was trying to

(USE OTHER SIDE IF MORE SPACE IS NEEDED: DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Please tell me am I in Phases where my receipt of my D.O.C 060125C is and what happen with my Request of staff for Dec 13, 2018 and 5-1C I put in the mail.

NAME: RoShawn Mckinly (PRINT) DOC NUMBER: 746024 UNIT & CELL NUMBER: ED/113

SIGNATURE: R Mckinly WORK ASSIGNMENT: N/A

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

I did not know your unit team was going to place you in ISO. I was under the impression you were still SEG.

[signature] 12/26/18

STAFF MEMBER DATE

Date response sent to inmate: 12/27/18

1. Original to file
2. Copy to inmate/offender

DOC 090124D (R 9/16)

5607

file a misconduct [illegible] I haven't received my DOC [illegible] and I didn't have a Camtec meeting I was told am still on seg told by LT. Battles. I then was told how many point and everything then. I stated to her that I've file a Request of staff and 5-1C about what happen with LT Hebert and she told me she hasn't recived non of them I then told her I sent to hilligoss too She said she would look into it but everyone been telling me am ISU Phase I week I. I haven't been Severed with my recipt or the rules of the Program. and is lost on whats going on. I still belive this is part of my pushiment for the incident on Dec 7, 2018. Sorry for what I said.

CCF LAW LIBRARY DEC 24 2018