IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| RASHAWN McKINLEY and KENTRELL WILLIAMS, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. CIV-19-172-C |
| CORE CIVIC, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on May 7, 2019. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 19) of the Magistrate Judge is adopted and Plaintiffs' claims against Defendants Lt. E. Hebert, Dr. Beaming, Sgt. Vansteenbergh, CO Beard, and the Core Civic Sort Team are DISMISSED without prejudice. This matter is returned to Judge Purcell under the original Order of referral.

IT IS SO ORDERED this 11th day of June, 2019.

ROBIN J. CAUTHRON
United States District Judge