7-1-2019

Dear Clerk of Courts

Is there anyway I may get U.S Department of Justice/United state marshals service forms or Form USM-285 if I could please get 15 copys to serve to the Defendant(s) in my case. Case number CIV-19-172 if I need them. Please and thank you

RyMckinley

**FILED**

JUL 05 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY