Carmelita Reeder Shinn, clerk of court, William N. Pigott, JR, chief Deputy

Hello, I have recieved your letter today, 10/29/19, and I'm in the process of getting copies for (Documents 23) and (Document 7) but I do not have a original copy of the Amended Complaint for CIV-19-172-C. When I, Williams, and Rayshawn McKinley filed the Amended complaint we sent it to the Judge, and we never recieved a copy back. So therefore I cannot make any copies for Document 17 for case CIV-19-172-C. So could you please send me a copy of the Amended complaint so I can make copies and send back to you before Nov. 8, 19 which is the deadline. I do not no how long this process will take to get all the copies but I'm trying my best to get it done. Thanks for sending the two "Summons" papers to send to the last two defendants "Battles" and Calvin. Is it anyway you can send me a copy of the Amended Complaint without cost so I can finish what you ordered me to do. Thanks for your help and all the kindness you've shown and given to the both of us. God Bless!

Sincerely, Kentrell Williams

Your Best Days Are Yet To Come!!