IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RASHAWN MCKINLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIV-19-172-C |
| ) | |
| CORE CIVIC, et al., ) | |
| ) | |
| Defendants. ) | |

ENTER ORDER:

Plaintiff's letter (Doc. No. 32), filed on November 12, 2019, is construed as a motion for extension of time to comply with the Court's Order directing him to complete and return the necessary service papers in order to serve Defendants, pursuant to Fed. R. Civ. P. 4(m). The request is GRANTED and Plaintiff is given additional time, until November 20, 2019, to comply with the Court's Order entered on June 19, 2019.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

CARMELITA REEDER SHINN, Clerk

By:  /s/  Carrie Sims

Dated: November 13, 2019
Copies to parties of record