# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: RaShawn McKinley, Kentrell Williams | COURT CASE NUMBER: CIV-19-172-C |
| DEFENDANT: Unit Manager Battles | TYPE OF PROCESS: |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Unit Manager Battles, Core Civic

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 3200 S. Kings Hwy., Cushing, OK 74023

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RaShawn McKinley #746024
ED/113
CCF
3200 S. Kings Hwy
Cushing, OK 74023

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**RECEIVED NOV 21 2019 U.S. MARSHALS W/OK**

Signature of Attorney or other Originator requesting service on behalf of:
[signatures: Ry McKinley, Kentrell Williams]
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 7/22/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | 64 | 64 | LS | 11-22-19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: —
Time: — am/pm
Signature of U.S. Marshal or Deputy: LS

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
11-22-19 Mailed Waiver
12-23-19 Received exe. Waiver signed by atty for def

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

Rashawn McKinley, et. al., )
)
                Plaintiff, )
)
vs. ) Case No.: CIV-19-172-C
)
Core Civic, *et. al.*, )
                Defendant. )

## WAIVER OF SERVICE OF SUMMONS

TO: __Rashawn McKinley, et. al.__
    (Name of plaintiff's attorney or unrepresented plaintiff)

    I acknowledge receipt of your request that I waive service of a summons in the action of Rashawn McKinley, et. al. vs. Core Civic, et. al., which is case number CIV-19-172-C in the United States District Court for the Western District of Oklahoma. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting), if an answer or motion under Rule 12 is not served upon you within 60 days after **November 22, 2019**, (date request was sent) or within 90 days after that date if the request was sent outside of the United States.

__12/2/19__            __Darrell /s/_____
Date                         Signature

                       Printed/Typed Name: __Darrell L. Moore__

                       As __Counsel__ of __Tommy Battles__

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter or the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

                                                   Server: _Unit Manager Battles _