# Special Report

# Exhibit 1:

# Plaintiff's Medical Records

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY OFFENDER**  Facility: _LCF_   Date: ~~12/24/18~~ Jan/1/19

Offender Name _Kentrell Williams_  DOC # _684810_  Unit _ED 113_

I request the following service(s): (Check appropriate box(s))

☒ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal (expired medications only)

Reason for service: Can I please have my blood checked for any bacteria. I was told by the doctor at Lawton that I had H-polori and I was given Antibiotic's. I have been having pains in my stomach again. So I figured that I wasn't cured of the bacteria, or it is something else. So can you please do an evaluation and get my blood checked to see if there is anything wrong (Continued Medical Issue)

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $4 for each medical service I request and a charge of $4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Offender Signature _Kentrell Williams_   Date: ~~12/~~ Jan/1/19

**TO BE COMPLETED BY HEALTH SERVICES**   Date Received   Initials _Jh_

Comment: _Scheduled sick call_

_J Mayhy LPN_                                JAN 0 3 2019
Qualified Health Care Professional           Date

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expire or run out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A
(R 7/14)

# Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:   **WILLIAMS, KENTRELL**
OK DoC Offender ID **689810**

Cimarron Correctional Facility

**Abominal pain - 01/09/19 01:35 PM**
### SUBJECTIVE DATA:

**Allergies:**

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/05/2014 |
| No Known Environmental Allergies | | | | | 02/05/2014 |
| No Known Food Allergies | | | | | 02/05/2014 |

*Chief Complaint:*
Intermittent abdominal pain x 2 years

*Subjective Data:*
HPI: I/M presents for complaints if intermittent mid-abdominal pain. States pain can last anywhere from 30 minutes to an hour. Lying down to rest helps, but it will come back in a day or two. Describes as "Sharp" pain. "Not as worse as it was at first, but I still feel it". Tells me he was put on antibiotics 2 years ago for some type of infections in his stomach, and thinks it is the same thing again. Sometimes when I eat the pain goes away.
"I really think it is this food"

Denies anorexia, nausea, vomiting, diarrhea, constipation, melena, hematochezia, fever, or chills.

no past surgeries.

### OBJECTIVE DATA:

**Vitals:**

| Measurement | 01/09/19 01:44 PM | 01/09/19 01:35 PM |
|---|---|---|
| Height | | 68 |
| Weight (lbs) | | 171.0 |
| Temperature (F) | | 96.7 |
| Respirations (BPM) | | 18 |
| SBP (sitting) | 147 R | |
| DBP (sitting) | 101 | |

**Procedures:**

| Procedure | Code | Source | Date/Time | Notes |
|---|---|---|---|---|
| Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. | 99211 | CPT | 01/09/19 01:46 PM | |

*Physical Findings:*
General: This is a 25 y/o African American male in NAD. Not currently having abdominal pain today.
HEENT: MM moist and pink. Oropharynx without erythema, lesions, or plaques. Neck supple.
Lymph: No palpable cervical or groin lymphadenopathy.
Chest: Respirations even and unlabored. Clear vesicular breath sounds throughout.
Cardiac: RRR. Distinct S1, S2.
Abdomen: Soft and round. Non-distended. Abdomen NTTP without masses, rebound, or guarding. Active BS x4. No palpable hepatomegaly or splenomegaly.
Skin: Warm and dry with elastic turgor. Skin tone tan and normal for race.

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:     **WILLIAMS, KENTRELL**
OK DoC Offender ID **689810**

Cimarron Correctional Facility

### ASSESSMENT:

*Assessment/Diagnosis:*
Impression/ Plan:

1. Generalized mid abdominal pain- not present currently
Possible H. pylori
Pain better after eating or rest. Similar to previous symptoms.
Declined Prilosec or Zantac at this time.
Calcium Antacid chews 500mg TID PRN
Stool for H. pylori
CBC/CMP
Stay hydrated. Avoid trigger foods.

F/U in 2 weeks after labs are back
RTM for significant changes
NSC as needed

I/M verbalized understanding

### PLAN:

**Medications:**

| Medication | Start Date | End Date |
|---|---|---|
| Calcium Antacid 500 mg tablet, chewable oral (PRN: indigestion) 1 tablet(s) Three times daily for 14 Days | 01/09/2019 | 01/22/2019 |

**Orders:**

| Type | Order | Date | Status |
|---|---|---|---|
| Text | Labs | 01/09/19 02:28 PM | Active |
| Text | F/U in 2 weeks | 01/09/19 02:27 PM | Active |

### CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)

| | |
|---|---|
| Encounter: | MEDICAL PROGRESS NOTE - SOAP |
| Date/Time of Service: | 01/09/19 01:35 PM |
| Location of Service: | Cimarron Correctional Facility |
| Provider: | Karen Rackley, APRN-CNP Authorizing Provider:Karen Rackley, APRN-CNP |

Signed Electronically by Karen Rackley, APRN-CNP on 01/09/19 02:29 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

# Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:    **WILLIAMS, KENTRELL**
OK DoC Offender ID

Cimarron Correctional Facility

**F/U abdominal pain - 01/16/19 02:50 PM**
### SUBJECTIVE DATA:

**Allergies:**

| Allergen | Severity | Reactions | First Incidence | Certainty | Documented |
|---|---|---|---|---|---|
| No Known Drug Allergies | | | | | 02/05/2014 |
| No Known Environmental Allergies | | | | | 02/05/2014 |
| No Known Food Allergies | | | | | 02/05/2014 |

*Chief Complaint:*
Still having intermittent adnominal discomfort

*Subjective Data:*
HPI: F/U abdominal pain/pressure sensation-still having periods of pain, still better after having food on stomach. Denies fever, chills, diarrhea, constipation.

### OBJECTIVE DATA:

**Vitals:**

| Measurement | 01/16/19 02:52 PM |
|---|---|
| Height | 5'8 |
| Weight (lbs) | 172.0 |
| Temperature (F) | 96.9 |
| Pulse Sitting (BPM) | 63 |
| Respirations (BPM) | 18 |
| PulseOx - Room Air (%) | 95.0 |
| SBP (sitting) | 149 |
| DBP (sitting) | 99 |

**Procedures:**

| Procedure | Code | Source | Date/Time | Notes |
|---|---|---|---|---|
| Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. | 99211 | CPT | 01/16/19 02:58 PM | |

*Laboratory Findings:*
Discussed most recent lab finding with I/M including positive for H. Pylori

*Physical Findings:*
General: This is a25 year old African American male, WNWD. In no acute distress with appropriate behavior.
HEENT: MM moist and pink. Oropharynx without erythema, lesions, or plaques.
Chest: Respirations even and unlabored. CTA throughout.
Cardiac: RRR. Distinct S1, S2.
Abdomen: Soft and rounded. Non-distended. NTTP. Active BS x4.
Skin: Warm and dry. Skin tone brown and normal for exam.

### ASSESSMENT:

**Problems:**

| Problem | Code | Source | Status | Begin | Resolved | Notes |
|---|---|---|---|---|---|---|

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:

**WILLIAMS, KENTRELL**
OK DoC Offender ID **689810**
Cimarron Correctional Facility

HELICOBACTER PYLORI 041.86 ICD-9    Suspected 01/16/2019

*Assessment/Diagnosis:*
Impression/ Plan:

1. H. pylori infection
Likely cause of abdominal pain/pressure
Pink bismuth 262mg tablets; 2 tablets QID and
Doxycycline 100mg PO BID and
Flagyl 500mg PO TID and
Prilosec 20mg PO BID ...all 4 medications for 14 days.
Educated on medication side effects.

RTM for condition changes
NSC as needed

F/U one month

I/M verbalized understanding

**PLAN:**

**Medications:**

| Medication | Start Date | End Date |
|---|---|---|
| Doxycycline Hyclatehyclate 100 mg capsule oral<br>  1 capsule(s) Twice daily for 14 Days<br>Notes: 4 drug regimen for H. Pylori-start all on the same day | 01/16/2019 | 01/29/2019 |
| Flagyl500 mg tablet oral<br>  1 tablet(s) Three times daily for 14 Days | 01/16/2019 | 01/29/2019 |
| Pink Bismuth262 mg tablet, chewable oral<br>  2 tablet(s) Four times daily for 14 Days | 01/16/2019 | 01/29/2019 |
| Prilosec20 mg enteric coated capsule oral<br>  1 capsule(s) Twice daily for 14 Days | 01/16/2019 | 01/29/2019 |

**Orders:**

| Type | Order | Date | Status |
|---|---|---|---|
| Text | F/U 1 month | 01/16/19 03:16 PM | Active |

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

|  |  |
|---|---|
| Encounter: | MEDICAL PROGRESS NOTE - SOAP |
| Date/Time of Service: | 01/16/19 02:50 PM |
| Location of Service: | Cimarron Correctional Facility |
| Provider: | Karen Rackley, APRN-CNP Authorizing Provider:Karen Rackley, APRN-CNP |
| Problems: | HELICOBACTER PYLORI (041.86) |
| Medications: | Pink Bismuth [bismuth subsalicylate] 262 mg tablet, chewable oral<br>Prilosec [omeprazole] 20 mg enteric coated capsule oral |

Signed Electronically by Karen Rackley, APRN-CNP on 01/16/19 03:17 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*

OKLAHOMA DEPARTMENT OF CORRECTIONS
REQUEST FOR HEALTH SERVICES

**TO BE COMPLETED BY OFFENDER**      Facility: _CCA_      Date: _Jan 8, 2019_

Offender Name _RaShawn McKinley_      DOC # _746024_  Unit _ED/113_

I request the following service(s): (Check appropriate box(s))

☑ Medical   ☐ Mental Health   ☐ Dental   ☐ Optometry (eye)   ☐ Medication Renewal
(expired medications only)

Reason for service: _My Stomace has been hurting real bad from the water I've been drinking_

I understand that in accordance with operations memorandum OP-140117 entitled, "Access to Health Care", I will be charged $4 for each medical service I request and a charge of $4 for each medication(s) dispensed to me, with the exceptions noted in the above-reference operations memorandum. There is no charge to the offender for mental health services and/or mental health medications.

Offender Signature _R McKinley_      Date: _Jan 8, 2019_

**TO BE COMPLETED BY HEALTH SERVICES**      Date Received: JAN 10 2019      Initials

Comment: _Scheduled sick call_

_J Mayf_      JAN 10 2019
Qualified Health Care Professional      Date

**NOTE:** All "Keep on Person" (KOP's) medication refill requests must be submitted to the facility's health services unit or to the medical host facility, using the "Medication Refill Slip" (DOC 140130M). "Medication Refill Slips" must be submitted within ten days of the date the medication expire or run out. "Medication Refill Slips" are readily available and accessible at designated locations within the facility.

DOC 140117A

## Oklahoma Department of Corrections

Oklahoma Department of Corrections Private and DOC: CCA Formulary Group Number:   **MCKINLEY, RASHAWN**
OK DoC Offender ID **746024**

Cimarron Correctional Facility

**ABDOMINAL PAIN /CONSTIPATION / DIARRHEA - 01/11/19 01:49 PM**

**SUBJECTIVE DATA:**

*Chief Complaint:* abdoninal pain
*Onset:* New;
  *When:* jan1 st
*History:* **Last bowel movement:**;
  *Timeframe:* 2 days ago
  *Color/consistency:* soft brown
*Associated Symptoms:* Nausea;

**OBJECTIVE DATA:**

Vitals:

| Measurement | 01/11/19 01:37 PM |
|---|---|
| Weight (lbs) | 185.0 |
| Temperature (F) | 98.0 |
| Respirations (BPM) | 16 |
| PulseOx - Room Air (%) | 98.0 |
| SBP (sitting) | 112 |
| DBP (sitting) | 78 |

*Abdomen:* Soft;
*Bowel sounds:* Normal;
*Turgor:* Normal;

**MEDICAL PROVIDER NOTIFICATION:**

**EMERGENCY NOTIFICATION:**

**PLAN:**

*Routine Nursing Interventions Provided/Performed:*
ABDOMINAL PAIN

**PROGRESS NOTE:**

*Progress Note:* o pain with palpation

**CO-PAYMENT ASSIGNMENT ONLY (Select procedure 99211-office visit and/or medication(s) for co-payment)**

| | |
|---|---|
| *Encounter:* | ABDOMINAL PAIN /CONSTIPATION / DIARRHEA |
| *Date/Time of Service:* | 01/11/19 01:49 PM |
| *Location of Service:* | Cimarron Correctional Facility |
| *Provider:* | Deena Swart, LPN Authorizing Provider:Deena Swart, LPN |
| *Procedures:* | Office or other outpatient visit for the evaluation and management of an established patient, that may not require the presence of a physician. Usually, the presenting problem(s) are minimal. Typically, 5 minutes are spent performing or supervising these services. (99211) |

Signed Electronically by Deena Swart, LPN on 01/11/19 01:56 PM

*The contents of this document are confidential and restricted to authorized personnel of the Oklahoma Department of Corrections.*