IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RASHAWN McKINLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   No. CIV-19-172-C |
| | ) |
| CORE CIVIC, et al., | ) |
| | ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Supplemental Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on June 5, 2020. The Court file reflects that no party has objected to the Supplemental Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Supplemental Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation (Dkt. No. 53) of the Magistrate Judge is adopted, the Motion for Summary Judgment of Defendants Battles, Lee, Hall, and Cavin is GRANTED, and this case is dismissed as to Defendants C. C. Light and Core Civic Medical Staff.

IT IS SO ORDERED this 9th day of July, 2020.

ROBIN J. CAUTHRON
United States District Judge